

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00193-CR

| | | |
|---|---|---|
| CLINTON RENTFRO, Appellant | § | On Appeal from County Criminal Court No. 1 |
| | § | of Denton County (CR-2021-07024-B) |
| V. | § | May 1, 2025 |
| | § | Memorandum Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's "Order Adjudicating Community Supervision and Imposition of Sentence" is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr